# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE PATRICK JOSEPH SORIA, Debtor. | CV 18-4749 DSF<br><br>OSC re Dismissal or Referral to Bankruptcy Court |

    The reasons behind the Court's withdrawal of the reference and suspension of this bankruptcy case are no longer present. Debtor is ordered to show cause no later than November 7, 2022, why this case should not be either dismissed or referred back to the Bankruptcy Court. If no response is filed, the bankruptcy proceeding will be dismissed and the case closed.

    IT IS SO ORDERED.

Date: October 24, 2022

                                                  Dale S. Fischer
                                                  United States District Judge