# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PATRICK JOSEPH SORIA,<br>     Debtor. | CV 18-4749 DSF<br><br>Order DISMISSING Case |

    On October 24, 2022, the Court issued an order show cause why this case should not be either dismissed or referred back to the Bankruptcy Court. The order noted that if no response was filed the bankruptcy proceeding would be dismissed and the case closed.

    The deadline for a response to the order to show cause was ultimately extended to January 23, 2023. As of the date of this order, no response has been filed. Therefore, this case is DISMISSED without prejudice.

    IT IS SO ORDERED.

Date: February 2, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge