JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PATRICK JOSEPH SORIA,<br>　　　Debtor. | CV 18-4749 DSF<br><br>JUDGMENT |

　　The Court having issued an order to show cause re dismissal and Debtor not having responded,

　　IT IS ORDERED AND ADJUDGED that the case be dismissed without prejudice.

Date: February 2, 2023

　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge